```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 02/18/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

   -against-

KAHLIL WILLIAMS,

               Defendant.

22 Mag. 218 (02)

ORDER

NELSON S. ROMÁN, United States District Judge:

On February 15, 2022, U.S. Magistrate Judge Andrew E. Krause held a second bail hearing in the above-captioned case. After the hearing, Judge Krause granted Defendant Kahlil Williams bail, but also granted in part the Government's request to stay Defendant's release. Specifically, he ordered that Defendant shall remain in custody until Friday, February 18, 2022, only if the *de novo* review hearing was scheduled before the end of the week; otherwise, Defendant shall be released as soon as he satisfies all the conditions of his bond. On February 17, 2022, the Court received via email the Government's request seeking to stay Defendant's release pending *de novo* review of Judge Krause's release order, which is currently set for Wednesday, March 2, 2022.

Based on the seriousness of the charge against Defendant—namely, conspiracy to distribute a substantial amount of methamphetamine, fentanyl, and cocaine, and to possess such controlled substances with intent to distribute them, in violation of 21 U.S.C. §§ 846 and 841(a)(1), together with the potential serious penalties Defendant faces if convicted, and that law enforcement recovered a firearm from his apartment, the Court GRANTS the Government's application to stay Defendant's release from custody until such time the Court holds its *de novo* review of Judge Krause's ruling.

Dated: February 18, 2022
       White Plains, NY

SO ORDERED:

_____
NELSON S. ROMÁN
United States District Judge