UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------x

       USA,                                              **SCHEDULING ORDER**

       - against -

                                                   22 MJ 218-02 (NSR)

KAHLIL WILLIAMS,

                          Defendant(s).
--------------------------------------------------------x
NELSON S. ROMÁN, U.S.D.J.:

      The in-person De Novo Bail Review for the above Defendant is **scheduled for March 2, 2022 at 11:00 am in Courtroom 218.**

      In light of the recent Coronavirus Disease 2019 ("COVID-19") pandemic affecting New York, and given the directives provided by the Chief Judge of the United States District Court for the Southern District of New York to limit in-person court appearances due to the risk presented by COVID-19, the Public may dial in to observe the proceeding, however, each individual must mute his/her/their phone during the proceeding.  To access the teleconference, please follow these directions: **(1) Dial the Meeting Number: (877) 336-1839; (2) Enter the Access Code: 1231334 #; (3) Press pound (#) to enter the teleconference as a guest**.

Dated:     White Plains, New York
              February 24, 2022

SO ORDERED.

_____
Hon. Nelson S. Román, U.S.D.J.



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/24/2022